UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:99cr109-2-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MOISES VALENTINE APONTE ) | |
| ) | |
| Defendant ) | |

This **MATTER** is before the Court on its own motion to administratively close the case as to **MOSISES VALENTINE APONTE**. The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

It is, therefore, ordered that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: April 26, 2011

Frank D. Whitney
United States District Judge